POLSINELLI LLP
Adam P. Daniels (SBN: 296466)
adaniels@polsinelli.com
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:   (310) 556-6754
Facsimile:    (310) 556-1802

POLSINELLI PC
John R. Posthumus (Pro Hac Vice)
jposthumus@polsinelli.com
1401 Lawrence Street
Suite 2300, Denver CO 80202
Telephone:   (303) 572-9300
Facsimile:    (303) 572-7883

*Attorneys for Plaintiff and RE/MAX LLC*

DURAN LAW OFFICE, P.C.
Jack Duran, Jr. (SBN 221704)
duranlaw@yahoo.com
4010 Foothills BLVD. S-103, #98
Roseville, CA 95747
Telephone: 916-779-3316
Facsimile: 916-520-3526

BROWN PATENT LAW
Nathan Brown (Pro Hac Vice)
nathan.brown@brownpatentlaw.com
15100 N. 78th Way, Suite 203
Scottsdale, AZ 85260
Telephone 602-529-3474

*Attorneys for Defendant AMERICAN REALTY SERVICES, INC.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RE/MAX, LLC, a Delaware Limited Liability Company,<br><br>    Plaintiff,<br>  v.<br><br>AMERICAN REALTY SERVICES, INC., a California Corporation,<br><br>    Defendant. | Case No. 2:21-cv-07527-PA-RAO<br><br>**ORDER ON JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>Honorable Percy Anderson |

**ORDER**

Having reviewed the stipulation of the parties to dismiss this action with prejudice, and finding good cause thereon, **IT IS HEREBY ORDERED** that this action be dismissed with prejudice, with each party to bear their respective costs and attorneys' fees as incurred against one another.

IT IS **SO ORDERED.**

Date: February 28, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ON JOINT STIPULATION TO DISMISS
ACTION WITH PREJUDICE